THE PEOPLE OF THE STATE OF NEW YORK ex rel. LINDLEY M. GARRISON, as Receiver of THE NASSAU ELECTRIC RAILROAD COMPANY, Relator, v. LEWIS NIXON, Constituting the Public Service Commission of the State of New York for the First District, and the PUBLIC SERVICE COMMISSION OF

THE STATE OF NEW YORK FOR THE FIRST DISTRICT, Respondents.   THE PEO-
PLE OF THE STATE OF NEW YORK ex rel. LINDLEY M. GARRISON, as Receiver
of THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Relator, v. LEWIS
NIXON, Constituting the Public Service Commission of the State of New
York for the First District, and the PUBLIC SERVICE COMMISSION OF THE
STATE OF NEW YORK FOR THE FIRST DISTRICT, Respondents.   THE PEOPLE
OF THE STATE OF NEW YORK ex rel. LINDLEY M. GARRISON, as Receiver of
THE BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY,
Relator, v. LEWIS NIXON, Constituting the Public Service Commission of
the State of New York for the First District, and the PUBLIC SERVICE
COMMISSION OF THE STATE OF NEW YORK FOR THE FIRST DISTRICT,
Respondents.— Writs dismissed and proceedings affirmed, with fifty dollars
costs and disbursements in each case to the respondents, and leave granted
to relator to appeal to the Court of Appeals.   No opinion.   Present —
Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.